Page J. Thibodeaux, appellee, v. Joseph A. Hamstangel, appellant. Gen. No. 26,697.

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry McEwen, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed December 30, 1921.

Samuel G. Hamblen, for appellant. Gustav E. Beerly, for appellee; Ellis S. Chesbrough, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

---

Harry Blood, by Rita Blood, plaintiff in error, v. Consumers Company, defendant in error. Gen. No. 26,727.

Action for personal injuries received when plaintiff was struck by a truck. Judgment for defendant on an instructed verdict. Error to the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed and remanded. Opinion filed December 30, 1921.

George E. Gorman and John M. Pollock, for plaintiff in error. John A. Bloomingston, for defendant in error.

Mr. Justice Morrill delivered the opinion of the court.

---

Anna Kintera, plaintiff in error, v. Joseph Oborny, defendant in error. Gen. No. 26,741.

Action for assault and battery. Verdict of not guilty and judgment for costs entered against plaintiff. Error to the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed December 30, 1921.

Cameron Latter, for plaintiff in error. Jones & Kerner, for defendant in error.

Mr. Justice Morrill delivered the opinion of the court.

---

Julius Debits, appellee, v. South Side Buick Sales Company, appellant. Gen. No. 26,755.

Action to recover an indebtedness for rent, electric light, coal, telephone service, commissions and personal services in and about defendant's business. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed December 30, 1921.

Pritzker & Pritzker, for appellant. David T. Alexander & Levisohn & Levisohn, for appellee.

Mr. Justice Morrill delivered the opinion of the court.